Q. Mr. Chairman, Mr. O'Connor, it is clear that the Oval Office and the Office of the Chief of Staff will serve as your best reserves in this prior month. The Chief of Staff, in accordance with recent decisions, last week, the OEA government conceded that each one of those decisions should be remanded to the Supreme Court, and that this was with regard to the letter of succession received in June 1, when it was passed that the Court accept the Honorable Session on that point, and that the Oval Office and the Office of the Chief of Staff will serve as your best reserves in this prior month. However, the issue is still with the abdication of the current under O.S. Simmons. Here is the Offering of an Entire Time from Johnson. Q. Mr. Chairman, the difficulty I have is with your purchase, and the pressure is infusing it on silence. My original vision of the purifier guideline is just a form of post, and that's troubling. If the Court will allow that to be the case, I'm sorry, but it's not the case at all. Why is it troubling? What do you mean by that? A. Why? You're here and there's a list you should follow through on. So you try to accept the argument that, wait, that's fine in California, but California's Supreme Court doesn't have the force necessary, or that any offering doesn't have the force necessary, because especially in this particular case, we believe it's true. Q. Mr. Chairman, when was 2009? A. Probably, the Court doesn't have to guess. Q. It's supposed to be certain. So you're saying that right now, right? Why is silence, why, why? A. Well, it's infusing it on silence. And that's the troubling part about Johnson, is because he's trying to cover very serious crimes, or it's challenged for a very long time, because even if he could raise the force, he shouldn't always have it in a position of violence. So let me take a look at what form this break steps in first. Q. Mr. Chairman, do you find that there is a form of force involved? A. No, not at all. Neither the right nor the left, probably, contain the necessary forms under the TRU Johnson case, followed by this case, because we approach them under their judicial sentences, nor under the 2015 Johnson case. Q. Before you jump into that, I'd like to speak to the case. I think you can close it with me, Robert, first, and show me what the hell is going on here. This is not the case. This is the 1990s. The problem with self-violence is that it didn't consider whether it's enough to have Johnson's definition of violence, worked with its assertion of intimidation for purposes of self-defense. And we know in this circuit that whether someone intentionally caused someone's intimidation and back-rubbering is irrelevant. Now, we know that that is important. You cannot find such a behavior, a behavior that can support a crime of violence unless the conduct was instinctual in the circuit in which he wanted to back-rubber. So do you consider the definition of force, the circuit where it's important to justify violence, and do you think that Johnson's violence itself is used as a definition of intimidation to try for or to throw at you in order to counter a crime that involves force? And that's what's fought this argument with regards to self-abuse and intimidation, and the impact of intent towards intimidation. With regards to, you know, as far as the situation is concerned, with regards to the 1990 California Rape Statute, same type of inquiry, because that can also be conveyed by force, violence, or a fear of immediate and awful bodily injury. Under this case, just like the Bedroom Statute, that means that the statute is ambiguous. You have to take that as one element that can be committed by each of these. You just have to assume, because Berger doesn't provide the other ones, that she committed the offense in the least culpable means possible, i.e., a fear of this kind of behavior. For the same reasons, the Bedroom Statute, which doesn't carry the name of force, violence, is the same reason that this doesn't carry the name of the force, violence. But now, as far as those predicaments, which terms can be found in the current statute? I don't know if this is clear in my briefing, but in order to be accurate, the 31st instance is substantive. And here, we're supposed to be very far away looking up to the United States as a plain, small-meaning organization. If I can address the... stance of the commentary, it illustrates the evidence-raising, the degree of regard that Berger is giving to some sort of history of his time. The commentary has no choice between death and shock and horror. So, the fact that the commentary is speaking towards robbery, divorce, and sex offenses, those offenses still have to be, in terms of requirements, which can pretty much either be a form of physical violence, of course, or it has to be in those The commentary is not being used to expand the definitions of the two subordinates that he's making, committing, and then to extend the infusion for the entire time. This is then dividing how much he's trying to move those views since the 41.2. Now, this part may have additional policy on how to deal with that in the future. Now, then, for moving some of those to the chapters, you can, of course, look at the scope of the scores that are in both the general definition and at this point. After Johnson in 2010, Johnson in 2013, and Desi in 2013, there is no way that he's, therefore, following down many of these sex-related force laws. There's no code definition, of course. It's just made in spite of these things. And it is my understanding that a lot of the parties that he's telling through the decisions on this have thought that this is just a first instance. In a sense, we're in a position where if we're going back to those graduation threats, he accepts his responsibility for all of it. But he was just given the opportunity and the courage opportunity to review these things so it's not 80% of everything. But as I stated, part of what he says is that he's damaging some of the interests, of course, to undermine the judgment entry and shows this court why he has not approved a case in the Census Bureau Center. We see what is different in this case and we've had some of those in this crisis. We've all seen the change. We've seen the progress we've made. Right. And the fact, as you've all seen, goes to show all the things you showed, no matter what you're directing, in whatever way you're directing, whether you're directing to certain institutions other than identification of your individual tribal members and that's just not the right way. And my reaction to the part also is that I just don't see that he's transmitted the most discriminatory issue at all. It's an issue with integration. It's an integration from one person to another person and part of where we're all going to be certainly quickly going to come up in a million and a half years is to get out there and talk to a tribal member and to face the news and come up with a different course from an individual that's a tribal member that's been involved in a number of matters be it a tribal event or airfares as an incident and issues are being reveried, at least from the university and forceful grief under the California State Committee and forceful grief on both of those issues as well. And it's a bit of a paradox that so much of the research that's been done with each other is completely irrelevant to the community. I also want to tell you just a little bit before we go to current law enforcement should the main research base be screened because in California we have to be screened for something and there are a number of different substitutions of the races in California one of which criminalizes rapes and sexually inappropriate forms of crime able to be assessed as sufficient in age such as birth age or sex such as that or conviction and violating. Criminalizes sexually inappropriate forms of crime or substitutions as well by means of force violence or fear of immediate and unlawful bodily injury. And I'm not going to go into details because it's a categorical matter and elements of law so frankly we can't interfere into that. Interesting question about the numerated evidence and the numerated evidence that you're going to talk to but here what we have is by its elemental definition requires either a use or a pressure use just as far as the use of force violence as a matter of fact it's actually a very important issue where you have access to this sort of system where you also have the discharge of law so this particular question about the numerated evidence and the numerated     or a pressure use just as far as the use of force violence as a matter of fact it's actually a very important issue where you have access to this sort of system where you also have the  of force violence as a matter of fact it's actually a very important issue where you also have access to this
judges: Farris, O'scannlain, Christen